UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

BHP BILLITON PETROLEUM PROPERTIES (NA) LP     ADVERSARY NO.: 21-01002

VERSUS                                   JUDGE:    JOHN S. HODGE

HOSIER PROPERTIES, LLC

---

### Disclosure Statement Pursuant to FRCP 7.1

TLC INVESTMENTS, L.L.C., is a Louisiana limited liability company.

TLC INVESTMENTS, L.L.C. members are Teresa Crawford, Lesley James, and Carla Maxwell, all of whom reside in the State of Louisiana.

Respectfully submitted:
KEVIN W. HAMMOND, APLC

By:   *Kevin W. Hammond*
        Kevin W. Hammond
       Louisiana Bar Roll No. 25076

        Regions Bank Building
        333 Texas Street, Suite 1401
        Shreveport, Louisiana 71101
        Telephone:   (318) 213-8850
        Facsimile:    (318) 213-8860

- -    Attorney for TLC Investments, L.L.C.

150154.Corporate Disclosure