**SO ORDERED.**

**DONE and SIGNED February 24, 2021.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

# United States Bankruptcy Court
**Western District of Louisiana**

**Judge:** John S. Hodge

In Re:

BHP Billiton Petroleum Properties (NA) LP Plaintiff          Adversary No: 21−01002

v.

Hosier Properties, LLC Defendant

## ORDER

   **CONSIDERING** the foregoing Motion to Withdraw Counsel of Record by Chesapeake Louisiana, L.P.;

   **IT IS HEREBY ORDERED** that the Motion shall be and is hereby GRANTED, and that Elizabeth A. Rutledge (La. Bar #35994) formerly of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC is withdrawn as counsel of record, and allowing Kenneth M. Klemm, T.A., Jan M. Hayden, and Sarah K. Casey to remain as counsel of record for Chesapeake Louisiana, L.P.

###

**ORDER PREPARED BY:**

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**


BY:  *s/Kenneth M. Klemm*

KENNETH M. KLEMM,  T.A. (#22097)
JAN M. HAYDEN (#6672)
SARAH K. CASEY (#32385)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
kklemm@bakerdonelson.com
jhayden@bakerdonelson.com
skcasey@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
CHESAPEAKE LOUISIANA, L.P.**

BHP Billiton Petroleum Properties (NA) L,

     Plaintiff

                        Adv. Proc. No. 21-01002-JSH

Hosier Properties, LLC,

     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0536-5 | User: rmmitchel | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: pdf6 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Elizabeth A. Rutledge, 201 St. Charles Ave. Suite 3600, New Orleans, LA 70170-3600 |
| aty | + Jamie D. Rhymes, Liskow & Lewis, P. O. Box 52008 OCS, Lafayette, LA 70505-2008 |
| aty | John Tucker Kalmbach, POB 22260, Shreveport, LA 71120-2260 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion05.sh.ecf@usdoj.gov | Feb 25 2021 19:46:00 | Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101-3122 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Amie M. Martin |
| dft | | Arkoma Louisiana, LLC |
| pla | | BHP Billiton Petroleum (TxLa Operating) Co |
| pla | | BHP Billiton Petroleum Properties (NA) LP |
| dft | | Bobby D. Matthews |
| dft | | Cheryl Ann Crosslin Thibodeaux |
| dft | | Chesapeake Louisiana, LP |
| dft | | Cynthia Fry Peironnet Family, LLC |
| dft | | David G. Benscotter |
| dft | | Deborah Lynn Crosslin Bailey |
| dft | | Eleanor Baugniers de St Marceaux |
| dft | | Ellen Degges |
| dft | | EnCana Oil & Gas (USA), Inc. |
| dft | | Eswick, Inc. |
| dft | | FCX Oil & Gas, Inc. |
| dft | | Franto, LLC |
| dft | | Gena L. Matthews |
| dft | | Hosier Properties, LLC |
| dft | | Ilios Exploration, LLC |
| dft | | Jimmy Ray Martin, Jr |
| dft | | Lee Corcoran Degges |
| dft | | Mary Lucille Martin Barnes |
| dft | | Miles Minerals, LLC |
| dft | | Ninock Land Co., LLC |
| dft | | Pamela Jeter Comegys |
| dft | | REOB, LLC |
| dft | | Riptide Minerals, LLC |

dft              Robert E. O'Brien, Jr.
dft              Robert L. Brown
dft              Rosa M. Byers
dft              Shirley H. Martin
dft              Small Fry, LLC
dft              Spring Branch Land & Minerals, LLC
dft              State of Louisiana, Office of Mineral Resources
dft              TlC Investments, LLC
dft              Wendy Benscotter

TOTAL: 36 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

**Name**                        **Email Address**

April L. Rolen-Ogden
                on behalf of Plaintiff BHP Billiton Petroleum (TxLa Operating) Co arolen-ogden@liskow.com  cguidry@liskow.com

April L. Rolen-Ogden
                on behalf of Plaintiff BHP Billiton Petroleum Properties (NA) LP arolen-ogden@liskow.com  cguidry@liskow.com

Billy R. Pesnell
                on behalf of Defendant Rosa M. Byers bill@pesnelllawfirm.com  debbie@pesnelllawfirm.com

Brittan J. Bush
                on behalf of Plaintiff BHP Billiton Petroleum (TxLa Operating) Co bjbush@liskow.com
                mboyd@liskow.com;dboyles@liskow.com

Brittan J. Bush
                on behalf of Plaintiff BHP Billiton Petroleum Properties (NA) LP bjbush@liskow.com
                mboyd@liskow.com;dboyles@liskow.com

Frank H. Spruiell, Jr.
                on behalf of Defendant Ilios Exploration  LLC fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.
                on behalf of Defendant Franto  LLC fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.
                on behalf of Defendant Wendy Benscotter fspruiell@wwmlaw.com  chillard@wwmlaw.com

Frank H. Spruiell, Jr.
                on behalf of Defendant Spring Branch Land & Minerals  LLC fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.
                on behalf of Defendant Miles Minerals  LLC fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.
                on behalf of Defendant David G. Benscotter fspruiell@wwmlaw.com  chillard@wwmlaw.com

Frank H. Spruiell, Jr.
                on behalf of Defendant Ellen Degges fspruiell@wwmlaw.com  chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant Robert E. O'Brien  Jr. fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant Pamela Jeter Comegys fspruiell@wwmlaw.com  chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant Bobby D. Matthews fspruiell@wwmlaw.com  chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant Riptide Minerals  LLC fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant Lee Corcoran Degges fspruiell@wwmlaw.com  chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant Eswick  Inc. fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant REOB  LLC fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant Arkoma Louisiana  LLC fspruiell@wwmlaw.com, chillard@wwmlaw.com

Frank H. Spruiell, Jr.

on behalf of Defendant Gena L. Matthews fspruiell@wwmlaw.com  chillard@wwmlaw.com

Grant E. Summers

on behalf of Defendant Ninock Land Co.  LLC gsummers@davidsonsummers.com, kmoss@davidsonsummers.com

Grant E. Summers

on behalf of Defendant Cynthia Fry Peironnet Family  LLC gsummers@davidsonsummers.com, kmoss@davidsonsummers.com

Grant E. Summers

on behalf of Defendant Eleanor Baugniers de St Marceaux gsummers@davidsonsummers.com  kmoss@davidsonsummers.com

Grant E. Summers

on behalf of Defendant Small Fry  LLC gsummers@davidsonsummers.com, kmoss@davidsonsummers.com

J. Whitney Pesnell

on behalf of Defendant Rosa M. Byers whitney@pesnelllawfirm.com  debbie@pesnelllawfirm.com

Jan Marie Hayden

on behalf of Defendant Chesapeake Louisiana  LP jhayden@bakerdonelson.com,
gmitchell@bakerdonelson.com;lrochester@bakerdonelson.com;cbretz@bakerdonelson.com;jbowers@bakerdonelson.com;jmclem
ore@bakerdonelson.com

Kenneth M. Klemm

on behalf of Defendant FCX Oil & Gas  Inc. kklemm@bakerdonelson.com,
jmclemore@bakerdonelson.com;jbowers@bakerdonelson.com

Kenneth M. Klemm

on behalf of Defendant Chesapeake Louisiana  LP kklemm@bakerdonelson.com,
jmclemore@bakerdonelson.com;jbowers@bakerdonelson.com

Kevin W. Hammond

on behalf of Defendant Amie M. Martin kevin@khammondlaw.com  grace@khammondlaw.com

Kevin W. Hammond

on behalf of Defendant TlC Investments  LLC kevin@khammondlaw.com, grace@khammondlaw.com

Kevin W. Hammond

on behalf of Defendant Deborah Lynn Crosslin Bailey kevin@khammondlaw.com  grace@khammondlaw.com

Kevin W. Hammond

on behalf of Defendant Robert L. Brown kevin@khammondlaw.com  grace@khammondlaw.com

Kevin W. Hammond

on behalf of Defendant Mary Lucille Martin Barnes kevin@khammondlaw.com  grace@khammondlaw.com

Kevin W. Hammond

on behalf of Defendant Cheryl Ann Crosslin Thibodeaux kevin@khammondlaw.com  grace@khammondlaw.com

Kevin W. Hammond

on behalf of Defendant Jimmy Ray Martin  Jr kevin@khammondlaw.com, grace@khammondlaw.com

Kevin W. Hammond

on behalf of Defendant Shirley H. Martin kevin@khammondlaw.com  grace@khammondlaw.com

Ryan M. Seidemann

on behalf of Defendant State of Louisiana  Office of Mineral Resources seidemannr@ag.state.la.us

Ryan M. Seidemann

on behalf of Defendant Rosa M. Byers seidemannr@ag.state.la.us

Sarah Katherine Casey

        on behalf of Defendant Chesapeake Louisiana LP skcasey@bakerdonelson.com

W. Michael Street

        on behalf of Defendant Hosier Properties LLC street@wmhllp.com

William Lake Hearne, Jr.

        on behalf of Defendant Eleanor Baugniers de St Marceaux lhearne@davidsonsummers.com veronica@davidsonsummers.com

William Lake Hearne, Jr.

        on behalf of Defendant Cynthia Fry Peironnet Family LLC lhearne@davidsonsummers.com, veronica@davidsonsummers.com

William Lake Hearne, Jr.

        on behalf of Defendant Small Fry LLC lhearne@davidsonsummers.com, veronica@davidsonsummers.com

William Lake Hearne, Jr.

        on behalf of Defendant Ninock Land Co. LLC lhearne@davidsonsummers.com, veronica@davidsonsummers.com


TOTAL: 45